**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,      :    No. 595 MAL 2019

                Respondent        :

                              :    Petition for Allowance of Appeal

                              :    from the Order of the Superior Court

              v.                     :

                              :

DUSTIN ANDREW SCOTT,            :

                              :

               Petitioner         :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 7th day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.